ROBERT J. ROSATI, SBN 112006
robert@erisalg.com
RAQUEL M. BUSANI, No. 323162
raquel@erisalg.com
6485 N. Palm Avenue, Suite 105
Fresno, California 93704
Telephone: 559-478-4119
Telefax: 559-478-5939

Attorneys for Plaintiff,
JONI WINBURN


JENNY WANG (Bar No. 191643)
Jenny.wang@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWARD, P.C
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone:  (714) 800-7900
Facsimile:  (714) 754-1298

Attorneys for Defendant,
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JONI WINBURN,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>　　　　　　　　Defendant. | CASE NO.: 1:19-cv-01397-NONE-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE DATES AND MODIFY THE SCHEDULING ORDER**<br><br>**(Doc. 21)** |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto, through their counsel, that good cause exists to continue all scheduled dates in this matter and to modify the existing scheduling order in this matter.

　　　　The parties hereby stipulate that good cause exists to modify the scheduling order to continue all existing dates set in this matter for the following reasons:

　　　　1.　　　The Coronavirus Covid-19 crisis has required counsel for the parties and

---
STIPULATION AND PROPOSED ORDER TO CONTINUE DATES AND MODIFY THE SCHEDULING ORDER

Hartford's employees to work remotely.

2. Therefore, obtaining, reviewing and exchanging documents has been significantly delayed and protracted.

3. Furthermore, under these circumstances it has been impossible to conduct depositions: none of Hartford's witnesses are located in California; and even though Winburn and her witnesses are primarily in California, taking depositions under the circumstances has been impossible.

4. While counsel for the parties have been exploring taking depositions remotely, even that poses health risks issues to both the witnesses and the court reporter, who have to be physically present in the same location.

5. Therefore, the parties have not been able to properly or adequately conduct discovery.

6. There will be no prejudice to the Court because the case is not presently assigned to an Article III Judge.

Therefore, the parties hereby stipulated and requests that all currently set dates be extended by six months as follows.

Currently Set Dates

| Matter | Dates | Proposed Dates |
| --- | --- | --- |
| Deadline to provide Proposed Settlement Conference Date: | June 30, 2020 | January 4, 2021 |
| Non-Expert Discovery: | August 31, 2020 | March 1, 2021 |
| Expert Witnesses Disclosure: | September 30, 2020 | March 22, 2021 |
| Rebuttal Expert Witnesses Disclosure: | October 30, 2020 | April 30, 2021 |
| Expert Witness Discovery: | November 30, 2020 | June 1, 2021 |
| Non-Dispositive Motions: | December 14, 2020 | June 14, 2021 |
| Hearing for Non-Dispositive Motions: | January 31, 2021 | August 2, 2021 |

| | | |
|---|---|---|
| Dispositive Motion Deadline: | January 29, 2021 | July 29, 2021 |
| Hearing for Dispositive Motions: | March 18, 2021 | September 20, 2021 |
| Pretrial Conference | May 13, 2021 at 8:15 a.m. Courtroom 4 | November 12, 2021 at 8:15 a.m. Courtroom 4 |
| Trial: | July 7, 2021 at 8:30 a.m. Courtroom 4 6-8 Trial days | January 7, 2022 at 8:30 a.m. Courtroom 4 6-8 Trial days |

Dated: May 28, 2020         *s/Robert J. Rosati*
                            ROBERT J. ROSATI, No. 112006

                            Attorney for Plaintiff, JONI WINBURN

Dated: May 28, 2020         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                             *s/ Jenny Wang*
                            JENNY WANG, Bar No 191643

                            Attorney for Defendant, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

# ORDER

Pursuant to the above-stipulation, the parties' proposed schedule is GRANTED and the Scheduling Order (Doc. 17) is MODIFIED as follows:

| Matter | Current Date | Continued Date |
|---|---|---|
| Deadline to provide Proposed Settlement Conference Date: | June 30, 2020 | January 4, 2021 |
| Non-Expert Discovery: | August 31, 2020 | March 1, 2021 |
| Expert Witnesses Disclosure: | September 30, 2020 | March 22, 2021 |

| | | |
|---|---|---|
| Rebuttal Expert Witnesses Disclosure: | October 30, 2020 | April 30, 2021 |
| Expert Witness Discovery: | November 30, 2020 | June 1, 2021 |
| Non-Dispositive Motions: | December 14, 2020 | June 14, 2021 |
| Hearing for Non-Dispositive Motions: | January 31, 2021 | July 14, 2021[1] |
| Dispositive Motion Deadline: | January 29, 2021 | July 29, 2021 |
| Hearing for Dispositive Motions: | March 18, 2021 | September 21, 2021[2] |
| Pretrial Conference: | May 13, 2021 at 8:15 a.m. | November 16, 2021[3] |
| Trial: | July 7, 2021 at 8:30 a.m. | January 10, 2022[4] |

IT IS SO ORDERED.

Dated:   **May 29, 2020**                            /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Magistrate Judge Oberto's civil law and motion calendar occurs on Wednesdays at 9:30 a.m.
[2] Date altered to comport with District Judge's calendar.
[3] Date altered to comport with District Judge's calendar.
[4] Date altered to comport with District Judge's calendar.