## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| JONI WINBURN,<br><br>        Plaintiff,<br><br>   v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>        Defendant. | Case No.: 1:19-cv-01397-NONE-SKO<br><br>**ORDER RE STIPULATION REGARDING MEDIATION IN LIEU OF SETTLEMENT CONFERENCE**<br><br>(Doc. 26) |

On December 18, 2020, the Parties filed a "Stipulation Regarding Mediation in Lieu of a Settlement Conference" (the "Stipulation"), requesting to participate in a private mediation with Edwin A. Oster of Judicate West on January 7, 2021, in lieu of a court-sponsored settlement conference. (Doc. 26.) Having reviewed the Stipulation, and for good cause shown, the Court hereby ORDERS as follows:

1. The Parties' request to participate in a private mediation with Edwin A. Oster of Judicate West on January 7, 2021, in lieu of a court-sponsored settlement conference, is GRANTED;

2. The January 4, 2021, deadline for proposing settlement conference dates is VACATED; and

3. The Parties shall file a status report updating the Court on the outcome of the mediation and the status of the case **by no later than January 19, 2021**.

IT IS SO ORDERED.

Dated:   **December 21, 2020**                           /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE